# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JACK WEAVER, Derivatively on Behalf of TACTILE SYSTEMS TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRENT MOEN, et al., <br><br> Defendants, <br><br> -and- <br><br> TACTILE SYSTEMS TECHNOLOGY, INC., <br><br> Nominal Defendant. | Case No. 1:22-cv-01063-GBW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY SETTLEMENT** |

Plaintiff Jack Weaver, defendants  Brent Moen, William Burke, Peter Soderberg, Raymond Huggenberger, Richard Nigon, Kevin Roche, Lynn Blake, Gerald Mattys, Robert Folkes, and Bryan Rishe (the "Individual Defendants"), and Nominal Defendant Tactile Systems Technology, Inc. ("Tactile" and, together with the Individual Defendants, "Defendants"), respectfully by and through their undersigned counsel, hereby notify the Court that the parties have reached a non-binding settlement-in-principle on most material terms that would resolve all claims between the parties in this action.

The parties intend to work in good faith and make best efforts towards preparing and executing a final and binding settlement agreement and supporting documents that will be presented to the Court for approval and result in the resolution of all claims in this lawsuit. The parties respectfully request that the Court temporarily stay all deadlines, hearings, and conferences until September 1, 2023, in order to allow the parties time to finalize settlement and conserve resources that may be used for settlement.  Should the parties be unsuccessful in

resolving the matter by the end of the stay period, the parties will meet and confer and submit a

schedule for proceeding with this matter.

Dated: July 31, 2023

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Herbert W. Mondros (#3308)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
sdr@rl-legal.com
hwm@rl-legal.com
gms@rl-legal.com

**SQUITIERI & FEARON, LLP**
Lee Squitieri
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
lee@SFclasslaw.com

**MOORE KUEHN, PLLC**
Fletcher Moore
Justin Kuehn
30 Wall Street, 8th Floor
New York, NY 10011
(212) 709-8245
fmoore@moorekuehn.com
jkuehn@moorekuehn.com

*Counsel for Plaintiff*

Dated: July 31, 2023

*/s/ Joseph C. Schoell*
Joseph C. Schoell (#3133)
**FAEGRE DRINKER BIDDLE & REATH LLP**
222 Delaware A venue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
joseph.schoell@faegredrinker.com

Matthew Kilby *(pro hac vice forthcoming)*
Rory F. Collins *(pro hac vice forthcoming)*
Anderson Tuggle *(pro hac vice forthcoming)*
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
99 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
matthew.kilby@faegredrinker.com
rory.collins@faegredrinker.com
anderson.tuggle@faegredrinker.com

*Counsel for Defendants*

SO ORDERED, this ___ day of _____, 2023.

_____
Gregory B. Williams
United States District Judge