# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JACK WEAVER, Derivatively on Behalf of TACTILE SYSTEMS TECHNOLOGY, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>BRENT MOEN, et al.,<br><br>              Defendants,<br><br>   -and-<br><br>TACTILE SYSTEMS TECHNOLOGY, INC.,<br><br>               Nominal Defendant. | Case No. 1:22-cv-01063-GBW |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Upon the accompanying Declaration of Gina M. Serra with the Stipulation of Settlement dated June 6, 2024 (the "Stipulation"),[1] the exhibits attached thereto, the accompanying Memorandum of Law and all prior pleadings and proceedings, Plaintiff in the above-captioned consolidated shareholder derivative action, derivatively on behalf of Tactile Systems Technology, Inc. ("Tactile" or the "Company"), hereby moves this Court for an Order: (1) granting preliminary approval of the proposed Settlement; (2) approving the Settling Parties' proposed form and method of giving notice of the Settlement to Current Tactile Stockholders; (3) scheduling a final hearing at which time the Court will consider (a) the Settling Parties' request for final approval of the Settlement, and entry of Order and Final Judgment, (b) Plaintiff's Counsel's request for approval of the payment by Tactile or its insurers to Plaintiff's Counsel of the agreed-to amount of attorneys'

---

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation, which is attached as Exhibit 1 to the Declaration of Gina M. Serra in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement.

fees and expenses, (c) Plaintiff's application for Service Awards; and (4) granting such other relief as the Court deems just and proper. The Parties' agreed-upon form of proposed Preliminary Approval Order is attached hereto and as Exhibit E to the Stipulation.  Plaintiff respectfully requests that the Court enter the proposed Preliminary Approval Order and insert in paragraphs 2 and 10 a date for the Settlement Hearing that is at least fifty-five days after the date that the Court enters the order and a deadline for a notice of appearance to object.

Dated: June 7, 2024　　　　　　　　　　**RIGRODSKY LAW, P.A.**

　　　　　　　　　　　　　　　　　　　*/s/ Seth D. Rigrodsky*
　　　　　　　　　　　　　　　　　　　Seth D. Rigrodsky (#3147)
　　　　　　　　　　　　　　　　　　　Gina M. Serra (#5387)
　　　　　　　　　　　　　　　　　　　Herbert W. Mondros (#3308)
　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 210
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　(302) 295-5310

　　　　　　　　　　　　　　　　　　　**SQUITIERI & FEARON, LLP**
　　　　　　　　　　　　　　　　　　　Lee Squitieri
　　　　　　　　　　　　　　　　　　　305 Broadway, 7th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　(212) 421-6492

　　　　　　　　　　　　　　　　　　　**MOORE KUEHN, PLLC**
　　　　　　　　　　　　　　　　　　　Fletcher Moore
　　　　　　　　　　　　　　　　　　　Justin Kuehn
　　　　　　　　　　　　　　　　　　　30 Wall Street, 8th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10011
　　　　　　　　　　　　　　　　　　　(212) 709-8245

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*